■ In the Matter of JAIRO VELEZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [813 NYS2d 338]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered December 6, 2005) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (see *Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.